IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORI A. GINTNER,

                Plaintiff,

v.

DIANA R. SCHIRA, ANDREW W. SCHMIDT,
SCHMIDT & SCHMIDT S.C., RODNEY OLESON,        ORDER
CHAD R. LEVANETZ, RUDER WARE, ASSOCIATED
BANK, NATIONAL ASSOCIATION, SPS, SELECT        21-cv-224-jdp
PORTFOLIO SERVICING, TIMOTHY L. KOSTKA,
KOSTKA & ASSOCIATES, LLC, ADVANTAGE
COMMUNITY BANK n/k/a/ NICOLET NATIONAL
BANK, and PATRICK M. MCMENAMIN,

                Defendants.

---

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

    Entered August 2, 2021.

                              BY THE COURT:

                              /s/

                              _____

                              JAMES D. PETERSON
                              District Judge